IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JMARKUS CARRECTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-029 |
| | ) | |
| JENKINS CORRECTIONAL FACILITY | ) | |
| 2025 MEDICAL CONTRACTOR STAFF; | ) | |
| C/C WILLIAMS; and COUNSELOR M. | ) | |
| O'NEAL, | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, currently incarcerated at Baldwin State Prison in Hardwick, Georgia, commenced the above-captioned case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On April 16, 2025, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days and advised Plaintiff all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. 28 U.S.C. § 1915(b)(1). (See doc. no. 3.) Plaintiff was cautioned failure to respond would be an election to have this case voluntarily dismissed without prejudice. (Id. at 4.) After Plaintiff's service copy of the April 16th Order was returned as undeliverable, (see doc. no. 4), the Court re-served the April 16th Order, the Prisoner Trust Fund Account Statement form, and the Consent to Collection of Fees form on Plaintiff at Baldwin State Prison, as the Court was aware Plaintiff had submitted a change of address stating he had been transferred to this

facility in another case Plaintiff had pending in this District, (see doc. no. 5 (citing Carrecter v. Herrin, CV 625-012, doc. no. 7 (S.D. Ga. Apr. 21, 2025))).  The Court further extended Plaintiff's time to comply with the April 16th Order.  (Id. at 2.)

The time to respond to the extended deadline has passed, and Plaintiff has not submitted the documents required by the Court's prior Orders.  Nor has he provided the Court with any explanation why he has not complied.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to collection of the entire $350.00 filing fee in installments.  Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915).  Plaintiff has been warned that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed.  As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the full filing fee, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 11th day of June, 2025, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA